UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK PICOZZI, | Case No.: 2:24-cv-01378-APG-EJY |
| Plaintiff | **Order** |
| v. | |
| JOE LOMBARDO, et al., | |
| Defendants | |

Plaintiff Mark Picozzi is an inmate at High Desert State Prison (HDSP). He sues various defendants related to conditions at HDSP, including, as relevant to this order, hot temperatures in Unit 10-C. ECF No. 1-1 at 19. The defendants moved to consolidate this case with a case filed by another prisoner, *Espinosa v. Johnson*, 2:23-cv-00125-GMN-BNW. In *Espinosa*, the parties are set to participate in a virtual settlement conference on October 3, 2024 with Magistrate Judge Baldwin. I have conferred with Judge Baldwin, and she agrees that conducting a settlement conference in this case at the same time as the *Espinoza* conference would be efficient for all parties. Consequently, I order the parties in this case to also participate in that settlement conference with Judge Baldwin. This order shall not be interpreted to be a consolidation of the two cases for any purpose other than participation in the settlement conference.

I THEREFORE ORDER that the parties in this case shall participate in the October 3, 2024 virtual settlement conference set in *Espinosa v. Johnson*, 2:23-cv-00125-GMN-BNW with Magistrate Judge Baldwin. Judge Baldwin will issue an order with the details regarding the settlement conference.

DATED this 30th day of August, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE