UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARK PICOZZI,

    Plaintiff

v.

JOE LOMBARDO, et al.,

    Defendants

Case No.: 2:24-cv-01378-APG-EJY

**Order**

In light of the parties' settlement (ECF No. 22),

I ORDER that the following motions are DENIED as moot, without prejudice to refiling them if the settlement does not finalize:

- plaintiff's motion for appointment of counsel (ECF No. 2),
- plaintiff's motion for temporary restraining order (ECF No. 5),
- the defendants' motion to consolidate (ECF No. 9),
- plaintiff's motion for subpoena (ECF No. 15),
- plaintiff's motion re: being denied supplies (ECF No. 20), and
- plaintiff's motion to substitute defendants (ECF No. 21).

DATED this 4th day of October, 2024.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE