AARON D. FORD
  Attorney General
VICTORIA C. COREY (Bar No. 16364)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, Nevada 89119
(702) 486-9245 (phone)
(702) 486-3768 (fax)
Email: vcorey@ag.nv.gov

*Attorneys for Interested Party*
*Nevada Department of Corrections*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK PICOZZI,<br><br>        Plaintiff,<br><br>v.<br><br>JOE LOMBARDO, *et al.*,<br><br>        Defendants. | Case No. 2:24-cv-01378-APG-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Victoria C. Corey, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Mark Picozzi, Plaintiff, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///

The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this 3rd day of October 2024.

DATED this 3rd day of October 2024.
AARON D. FORD
Attorney General

_____
Mark Picozzi (#1163673)
*Plaintiff, pro se*

*/s/ Victoria C. Corey*
VICTORIA C. COREY (Bar No. 16364)
*Attorneys for Defendant*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED  November 26  , 2024.

_____
UNITED STATES DISTRICT JUDGE